UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VLADIMIR BLANCO-CONVERA, | Case No. SACV 15-807 VAP(JC) |
| Petitioner, | (PROPOSED) |
| v. | JUDGMENT |
| LORETTA LYNCH, et al., | |
| Respondents | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus and this action are dismissed.

DATED: July 11, 2016

*Virginia A. Phillips*

_____

HONORABLE VIRGINIA A. PHILLIPS
CHIEF UNITED STATES DISTRICT JUDGE